Edward J. Johnson (SBN 234205)
Attorney at Law
5622 Heddon Court
Mariposa, CA 95338
559-760-7659
edjohnson@sti.net

Attorney in Pro Per

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>GERALD JOHNSON,<br><br>    Defendant. | Case No.: 1:15-CV-01793-MJS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING**<br><br>**Hearing Date: February 12, 2016**<br>**Time: 9:30 a.m.**<br>**Courtroom: 6**<br><br>**New Hearing Date: March 11, 2016**<br>**New Time: 9:30 am**<br>**Courtroom: 6**<br>**Honorable Michael J. Seng** |

IT IS HEREBY STIPULATED that the parties to this litigation, by and through their respective attorneys of record, hereby stipulate and agree to continue the Motion to Dismiss present hearing date of February 12, 2016 to March 11, 2016, and to continue related dates for the filing of Opposition Papers and Reply correspondingly.

Good cause for the request is shown by the following. A Motion to Dismiss was filed by Defendant on 12/7/15.  On 12/9/16, Plaintiff's Counsel informed Defendant's Counsel that he would be unavailable for the ensuing twenty-five days due to a long-scheduled personal/familial holiday visit overseas. On 12/10/15, Plaintiff's Counsel left the country for Australia, where access to the internet and phone service was unreliable and frequently unavailable. Plaintiff returned to California on 1/2/16. This period of absence included the year-end religious and New Year's holidays. On 1/7/16, a Status Conference, advanced from 3/3/16, was conducted

regarding Consent to Magistrate Jurisdiction. A *Consent to Jurisdiction of U.S. Magistrate Judge* was filed by Plaintiff on 1/12/16 (Defendant had already filed Consent prior to the Status Conference). Further, Plaintiff Counsel's calendar is unusually heavy due to the recent holidays in that Counsel is an Independent Administrative Hearing Officer with over a dozen hearings calendared and noticed for hearing and written determination prior to the scheduled date for filing opposition papers to the Motion to Dismiss.

Given that Plaintiff was unavailable for an extended period of time, the intervening holidays, the advanced Status Conference, and Plaintiff Counsel's unusually heavy calendar, a continuation of an additional 28 days is reasonable. There is no genuine prejudice to any party resulting from the continuance.

IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts.

Dated: _____1/14/16_____                    By:___/s/Edward Johnson_____

                                            Edward J. Johnson
                                            Plaintiff's Attorney in Pro Per

Dated:_____1/20/16_____                    By:___/s/Douglas Larsen_____

                                            Douglas M. Larsen
                                            Attorney for Defendant

## ORDER

Given the Joint Stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the Motion to Dismiss Hearing currently set for February 12, 2016 be and hereby is continued to March 11, 2016, at 9:30 am in Courtroom 6 and that dates for the filing of opposition and reply papers be extended correspondingly.

IT IS SO ORDERED.

Dated:   January 23, 2016              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

- 3 -
Plaintiff's Request for Additional Time