Doug M. Larsen, SBN 142852
FISHMAN, LARSEN & CALLISTER
7112 N. Fresno Street, Ste. 450
Fresno, CA 93720
(559) 256-5000
(559) 256-5005 Fax

Attorneys for: Defendant and Counterclaimant, GERALD JOHNSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. JOHNSON<br><br>        Plaintiff,<br>   vs.<br><br>GERALD JOHNSON<br><br>        Defendant. | Case No.: 1:15-CV-01793-MJS<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION FOR AN ORDER STRIKING COUNTERCLAIM AND REPLACING IT WITH A COUNTERCLAIM CONTAINING REDACTED EXHIBIT A** |
| GERALD JOHNSON<br><br>        Counterclaimant,<br>   vs.<br><br>EDWARD J. JOHNSON<br><br>        Counterdefendant. | |

1. Whereas, Defendant and Counterclaimant, GERALD JOHNSON filed Exhibit A with his Counterclaim;

---

**PROPOSED ORDER RE EXHIBIT A TO THE COUNTERCLAIM**

1

2. Whereas, Exhibit A contains a full social security number and a full date of birth.

3. Whereas, Defendant/Counterclaimant has requested that the court strike Exhibit A and replace it with Amended Exhibit A, attached to the Ex Parte Request which provides a partially redacted social security number and birthdate;

4. Pursuant to federal law and Local Rules 140 of the Eastern District of California such redactions are permissible; and

5. Whereas, in order to protect the privacy of the litigants,

The Court orders as follows:

Given the foregoing, and good cause appearing, IT IS ORDERED that the Clerk of Court shall strike the Counterclaim and Exhibit A (Doc. 28) from the Court's electronic docket. IT IS FURTHER ORDERED that Defendant shall file a new Counterclaim containing a redacted copy of Exhibit A pursuant to Local Rule 140 no later than April 15, 2016.

IT IS SO ORDERED.

Dated:   April 13, 2016              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE