Edward J. Johnson (SBN 234205)
Attorney at Law
5622 Heddon Court
Mariposa, CA 95338
559-760-7659
edjohnson@sti.net

Attorney in Pro Se

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD J. JOHNSON,

    Plaintiff,

  vs.

GERALD JOHNSON,

    Defendant.

Case No.: 1:15-CV-01793-MJS

**JOINT STIPULATION AND ORDER TO REQUEST TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DISCOVERY AND SUBSEQUENT ACTIONS,**

    IT IS HEREBY STIPULATED that the parties to this litigation, by and through their respective attorneys of record, hereby request, and stipulate and agree to, an amendment to the First Amended Scheduling Order, ECF No. 74, to extend the time for discovery, and all other subsequent actions, by six months, pursuant to Local Rule 144. Discovery pertaining to non-experts is currently ordered to be completed by February 2, 2018.

    Good cause for the request is shown by the following. Neither Plaintiff nor Defendant have begun planned depositions, caused in part by a continuing discovery dispute between the parties which must be resolved in order to properly prepare for those depositions. Many of those depositions will be conducted on the East Coast and will require substantial preparation.

    The parties to this litigation have been embroiled in a discovery dispute since Plaintiff propounded discovery requests upon Defendant on August 2, 2017. The parties met several times in good faith to resolve the dispute, including a Telephonic Discovery Dispute Conference conducted by the Court on November 14, 2017. Resolution was not achieved following the Conference and Plaintiff filed a Motion to Compel on December 13, 2017. Pursuant to the Court's Minute Order on the Telephonic Discovery Dispute Conference, the Motion to Compel

- 1 -

Stipulated Request for Additional Time

Edward J. Johnson (SBN 234205)
Attorney at Law
5622 Heddon Court
Mariposa, CA 95338
559-760-7659
edjohnson@sti.net

Attorney in Pro Se

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD J. JOHNSON,

    Plaintiff,

  vs.

GERALD JOHNSON,

    Defendant.

Case No.: 1:15-CV-01793-MJS

**JOINT STIPULATION AND ORDER TO REQUEST TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DISCOVERY AND SUBSEQUENT ACTIONS,**

    IT IS HEREBY STIPULATED that the parties to this litigation, by and through their respective attorneys of record, hereby request, and stipulate and agree to, an amendment to the First Amended Scheduling Order, ECF No. 74, to extend the time for discovery, and all other subsequent actions, by six months, pursuant to Local Rule 144. Discovery pertaining to non-experts is currently ordered to be completed by February 2, 2018.

    Good cause for the request is shown by the following. Neither Plaintiff nor Defendant have begun planned depositions, caused in part by a continuing discovery dispute between the parties which must be resolved in order to properly prepare for those depositions. Many of those depositions will be conducted on the East Coast and will require substantial preparation.

    The parties to this litigation have been embroiled in a discovery dispute since Plaintiff propounded discovery requests upon Defendant on August 2, 2017. The parties met several times in good faith to resolve the dispute, including a Telephonic Discovery Dispute Conference conducted by the Court on November 14, 2017. Resolution was not achieved following the Conference and Plaintiff filed a Motion to Compel on December 13, 2017. Pursuant to the Court's Minute Order on the Telephonic Discovery Dispute Conference, the Motion to Compel

included Points and Authorities on the question of bifurcating the case so as to conduct trial only on selected issues with discovery on other issues and claims to be conducted at a later time.

Pending the outcome of the discovery dispute, and any change in direction for future discovery by any bifurcation Order from the Court, both parties have delayed further discovery and, in particular, depositions of the parties and key witnesses. Regardless of the outcome of any Order of the Court on the Motion to Compel and question of bifurcation, each party will need to re-formulate their discovery plan pursuant to the Court's pending Order. As Plaintiff's initial discovery request precipitating this dispute was in August 2017, Plaintiff's discovery requests, and Defendant's discovery responses, have been uncertain for six months. The Parties request that the Scheduling Order be amended to allow a six month period to be added to the Scheduling Order timetable for discovery deadlines and all subsequent deadlines.

IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts.

Respectfully Submitted,

Dated: 1/30/18            By:____/s/ Edward J. Johnson_____
                                Edward J. Johnson
                                Plaintiff's Attorney in Pro Se

Dated: 1/30/18            By:_____/s/ Douglas M. Larsen_____
                                Douglas M. Larsen
                                Fishman, Larsen, & Callister
                                Attorney for Defendant

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the First Amended Scheduling Order be and hereby is AMENDED to extend all discovery and other unexpired deadlines and dates by a period of at least six months, the precise dates and deadlines to be determined hereafter.

IT IS SO ORDERED.

Dated: __January 30, 2018__            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE